Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 02–989. ILLINOIS *v.* WHITE. App. Ct. Ill., 2d Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–1161. RYAN, ACTING DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS *v.* BEATY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–9434. REEDER *v.* CITY OF PARIS, TEXAS, ET AL. C. A. 5th Cir. Certiorari before judgment denied.

No. 02–924. MULVANEY MECHANICAL, INC. *v.* SHEET METAL WORKERS INTERNATIONAL ASSN., LOCAL 38, *ante,* p. 918;

No. 02–1087. LI-LAN TSAI *v.* ROCKEFELLER UNIVERSITY, 537 U. S. 1194;

No. 02–1120. BURR *v.* ASHCROFT, ATTORNEY GENERAL, *ante,* p. 924;

No. 02–1133. PORTER *v.* JOHNSON, ACTING SECRETARY OF THE NAVY, *ante,* p. 924;

No. 02–1207. PELULLO *v.* UNITED STATES, *ante,* p. 926;

No. 02–6526. COOEY *v.* COYLE, WARDEN, *ante,* p. 947;

No. 02–6737. ISOM *v.* MCANDREWS ET AL., 537 U. S. 1057;

No. 02–7303. SKLAR *v.* NEW YORK LIFE INSURANCE CO., 537 U. S. 1126;

No. 02–8206. FORTENBERRY *v.* HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, *ante,* p. 947;

No. 02–8381. VOGEL *v.* ARIZONA, *ante,* p. 912;

No. 02–8402. BAILEY *v.* BLAINE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, *ante,* p. 913;

No. 02–8486. CAMPBELL *v.* GRAYSON, WARDEN, *ante,* p. 913;

No. 02–8513. JOHNSON ET AL. *v.* FEDERAL HOME LOAN MORTGAGE CORPORATION ET AL., *ante,* p. 928;

No. 02–8549. ZIMMERMAN *v.* MITCHEM, WARDEN, ET AL., *ante,* p. 929;

No. 02–8560. BRITT *v.* SAN DIEGO UNIFIED PORT DISTRICT, *ante,* p. 929;

1054

No. 02–8572. PAVELETZ *v.* PNC BANK, NATIONAL ASSN., SUCCESSOR BY MERGER TO FIRST EASTERN BANK, *ante,* p. 930;

No. 02–8592. WHITTLESEY *v.* CONROY, WARDEN, ET AL., *ante,* p. 930;

No. 02–8607. WHITE *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 930;

No. 02–8641. SILVA *v.* KALBAC ET AL., *ante,* p. 913;

No. 02–8668. SORRI *v.* BELL ATLANTIC, *ante,* p. 932;

No. 02–8734. CULLIFER *v.* CRAIG, JUDGE, DISTRICT COURT OF TEXAS, SMITH COUNTY, ET AL., *ante,* p. 949;

No. 02–8860. SMITH *v.* UNITED STATES, *ante,* p. 933;

No. 02–8890. COTTEN *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL., *ante,* p. 964;

No. 02–8912. ARNS *v.* UNITED STATES, *ante,* p. 934; and

No. 02–9021. IN RE MURRAY, *ante,* p. 944. Petitions for rehearing denied.

No. 02–8512. IN RE KOLODY, *ante,* p. 921. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

MAY 27, 2003

No. 02–983. CASS *v.* STEPHENS ET AL. Ct. App. Tex., 8th Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *State Farm Mut. Automobile Ins. Co.* v. *Campbell, ante,* p. 408.

No. 02–9704. DOPP *v.* LORING ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–9945. BROOKS *v.* AJIBADE ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.